**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6193**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ERIC JEVONNE BENNETT,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, Senior District Judge.  (7:08-cr-00146-BR-1)

Submitted:  September 18, 2018                     Decided:  September 20, 2018

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Jevonne Bennett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Jevonne Bennett appeals the district court's order denying his request that the district court retroactively order that his federal sentence run concurrently with his subsequently imposed state sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Bennett*, No. 7:08-cr-00146-BR-1 (E.D.N.C. Feb. 13, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
